# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

AFTER CONSIDERING THE APPLICATIONS for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **February 24, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| Edward Lionel Blake | Reg. No. 79357-079 |
| Shane Derek Brown | Reg. No. 38950-004 |
| Mark Lamont Byrd | Reg. No. 32715-044 |
| David Carroll | Reg. No. 40464-083 |
| Derrick Dante Clark | Reg. No. 26586-018 |
| Ignatizo Giuliano | Reg. No. 41486-133 |
| Stephen Runea Glenn | Reg. No. 56537-179 |
| Ishon D. Hardin | Reg. No. 17701-074 |
| Olynthia Louise Hinton | Reg. No. 12448-171 |
| William D. Hoopingarner | Reg. No. 03496-028 |
| Donnie Keith Howell | Reg. No. 15362-056 |
| Andre M. Huggins | Reg. No. 04734-015 |
| Virgilio Jimenez, aka Virgilo Jimenez, aka Moises Reyes, | Reg. No. 05631-070 |
| Alphonso Johnson | Reg. No. 23455-018 |
| Jaleel Abdul Lafi, III | Reg. No. 14847-026 |
| Alberto Lopez, aka Albert Lopez | Reg. No. 20477-038 |
| Rico Mayo | Reg. No. 09343-097 |
| James A. McKines | Reg. No. 05347-045 |
| Jose Flores Molina | Reg. No. 10104-023 |
| Ernest Moore, Jr. | Reg. No. 11466-002 |
| Rasheed Jamal Olds, aka James Walton | Reg. No. 06803-031 |
| Robert O'Neal | Reg. No. 55965-004 |
| Bobby Clarence Perry | Reg. No. 08103-058 |
| Reisa Lynn Pettiette | Reg. No. 09677-078 |
| Charles McKinley Russell, Jr. | Reg. No. 01530-016 |
| Ronnie Dean Shelton | Reg. No. 13254-084 |
| Leon Smallwood | Reg. No. 03974-025 |
| Tyrone Lamont Smith | Reg. No. 05090-084 |
| Jeffery James Terrell | Reg. No. 21567-001 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **210 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| Damon Brightman | Reg. No. 10147-171 |
| Robert Sedillo Gutierrez | Reg. No. 13891-051 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

  **Antonio Hood**        Reg. No. 10043-171
  **LeSean Roberts**       Reg. No. 30825-160
  **Damian Roman Steplight**   Reg. No. 45044-083

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

  **Mervin Spencer**       Reg. No. 28914-034
  **Daryl Wilkes**        Reg. No. 55522-083

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

  **Miguel Garcia,**        Reg. No. 09159-059
   aka Michael Garcia
  **Stephen Joseph Graham**   Reg. No. 51752-019
  **Tony Orlando Hughes**    Reg. No. 55764-083
  **David Neighbors**      Reg. No. 08667-028
  **Edwin Reginald Straughter**  Reg. No. 51330-004

I hereby further commute the total sentence of imprisonment imposed upon **Marvin D. Anthony, Sr.**, Reg. No. 06749-010, to a term of 262 months' imprisonment, leaving intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Darnell C. Billings**, Reg. No. 18087-424, to a term of **188 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Darnell C. Billings**, Reg. No. 18087-424 on prerelease custody during the final year of his imprisonment.

I hereby further commute the total sentence of imprisonment imposed upon **Israel John Patrick Davis**, Reg. No. 16977-064, to expire on **October 27, 2017**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ferlandis Urben Herod**, Reg. No. 13302-076, to a term of **264 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Gerald Jerome Johnson, aka Jerry Johnson**, Reg. No. 05225-059, to a term of **300 months' imprisonment**, leaving intact all other components of the sentence. I also direct the Bureau of Prisons to place the said **Gerald Jerome Johnson, aka Jerry Johnson**, Reg. No. 05225-059, on prerelease custody during the final year of his imprisonment.

I hereby further commute the total sentence of imprisonment imposed upon **Charles Jermaine Keitt**, Reg. No. 15523-171, to a term of **151 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **John Lockett**, Reg. No. 75159-079, to expire on **February 24, 2017**. I also remit the unpaid balance of the $5,000 fine imposed by the court. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Francisco Navarro**, Reg. No. 02613-298, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Michael Howard Motes**, Reg. No. 48156-019, to a term of **360 months' imprisonment**. I also remit the unpaid balance of the $10,000 fine imposed by the court. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Larry Anthony Nesby**, Reg. No. 05328-025, to a term of **360 months' imprisonment**. I leave intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Larry Anthony Nesby**, Reg. No. 05328-025, on prerelease custody during the final year of his imprisonment.

I hereby further commute the total sentence of imprisonment imposed upon **Harold Eugene Patton**, Reg. No. 21976-058, to a term of **235 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Michael Anthony Smith**, Reg. No. 02702-084, to expire on **November 26, 2016**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Terrence Tyron Smith**, Reg. No. 10744-032, to a term of **172 months' imprisonment**. I leave intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Hayzen Turner, Jr.**, Reg. No. 26440-001, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kevin Washington**, Reg. No. 08821-033, to expire on **May 1, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Twenty-seventh day of October in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**