# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00033-MR-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HAROLD EUGENE PATTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Place Case in Abeyance [Doc. 655].

For the reasons stated in the Defendant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 655] is **GRANTED**, and this case shall be held in abeyance pending the Fourth Circuit's decision in United States v. Chambers, No. 19-7104. The Federal Defenders shall have (30) days from the issuance of the decision in Chambers within which to file a supplement to the Defendant's First Step Act Motion.

**IT IS SO ORDERED.**

Signed: February 25, 2020

Martin Reidinger
United States District Judge